

Jose Policao,
Plaintiff,
v.
Fresh Superette Inc., et al.,
Defendants.

**APPLICATION GRANTED**

*/s/ Hon. Stewart D. Aaron, U.S.M.J.*

Dated: September 19, 2025

Case No.: 1:25-cv-04391-SDA

LETTER MOTION TO EXTEND TIME TO FILE CHEEKS FAIRNESS MOTION

Honorable Judge Aaron:

This firm represents Plaintiff Jose Policao in the above-referenced matter. Pursuant to the Court's Order dated September 5, 2025 (ECF No. 18), the parties' Cheeks submission is currently due on September 18, 2025.

The parties are finalizing the documentation in support of their motion and respectfully request a one-week extension of time, until September 25, 2025, to submit the joint fairness letter and settlement documents as required by the Court's August 14, 2025 Order (ECF No. 16).

This is the second request for an extension of this deadline. Defendants consent to the requested extension.

We thank the Court for its attention to this matter.

Respectfully submitted,
Lina Stillman, Esq.
Stillman Legal, P.C.
Attorney for Plaintiff
Dated: September 18, 2025
New York, New York