**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Jose Policao,** | |
| **Plaintiff,** | **1:25-cv-04391 (SDA)** |
| -against- | **ORDER** |
| **Fresh Superette Inc. et al,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

Pending before the Court is the parties' motion for settlement approval. (First Mot., ECF No. 21; *see also* 9/25/25 Letter, ECF No. 22.) Having reviewed the motion, it is hereby Ordered that Plaintiff's counsel shall file a letter, no later than October 3, 2025, clarifying Plaintiff's request for attorney's fees and costs as follows:

1. On page 1 of the motion, Plaintiff's counsel states that she is seeking "$10,862 in fees and costs", while on page 5, she states that she is seeking $11,654.50 in fees. (*See* First Mot. at 1, 5 (emphasis omitted).) The larger amount appears to be contemplated by the Settlement Agreement. (*See* Settlement Agmnt., ECF No. 21-1, at 2-4 (providing for 8 equal disbursements of $1519.31 to Plaintiff's counsel for a total of $12,154.48, including costs).) Plaintiff's counsel states that this amount is "within the one-third contingency fee arrangement commonly approved" in similar cases, as well as consistent with the Retainer Agreement in this action. (First Mot. at 5.) The Retainer Agreement refers to a one-third fee after costs, although it does allow for a higher amount of reasonable fees to be determined by the Court or agreed upon by the

defendants. (Retainer Agmt., ECF No. 21-5, at PDF p. 4.). However, it is not clear to the Court how the parties arrived at the figure of $11,654.50. Accordingly, Plaintiff's counsel shall clarify the basis for the amount sought.

2. Plaintiff also seeks approval of $500 in costs. (First Mot. at 5.) In support of the motion, Plaintiff filed documentation of service costs in the amount of $84.15. (*See* 9/25/25 Letter.) Although not articulated by Plaintiff, it appears from the billing records that the costs sought by Plaintiff also includes the $405 filing fee. However, that would bring Plaintiff's total costs to $489.15, not $500. Accordingly, Plaintiff's counsel also shall clarify the amount Plaintiff seeks in costs.

**SO ORDERED.**

Dated:     New York, New York
           September 26, 2025

_____
STEWART D. AARON
United States Magistrate Judge